# EXHIBIT "A"

Electronically Issued
2/15/2022 10:12 AM

CAP & KUDLER
3202 W. CHARLESTON BLVD.
LAS VEGAS, NEVADA 89102
PHONE: (702) 878-8778
FACSIMILE: (702) 878-8350
HTTP://WWW.CAPANDKUDLER.COM
Personal Injury Experts

DISTRICT COURT

CLARK COUNTY, NEVADA

| | |
|---|---|
| TRACI BARKER, an individual;<br><br>Plaintiff,<br>vs.<br><br>99 CENTS ONLY STORES LLC dba 99 Cents Only Store #333, a Foreign Limited-Liability Company; DOES I through XXX; ROE CORPORATIONS I through XXX, inclusive,<br><br>Defendant. | CASE NO. : A-22-848304-C<br><br>DEPT. NO.: 4 |

**NOTICE! YOU HAVE BEEN SUED, THE COURT MAY DECIDE AGAINST YOU WITHOUT YOUR BEING HEARD UNLESS YOU RESPOND WITHIN 20 DAYS, READ THE INFORMATION BELOW.**

**99 CENTS ONLY STORES LLC dba 99 CENTS ONLY STORE #333**

**TO THE DEFENDANT(S):** A civil Complaint has been filed by the Plaintiff(s) against you for the relief set forth in the Complaint.

1. If you intend to defend this lawsuit, within 20 days after this Summons is served on you exclusive of the day of service, you must do the following:

   a) File with the Clerk of this Court, whose address is shown below, a formal written response to the Complaint in accordance with the rules of the Court, with the appropriate filing fee.
   b) Serve a copy of your response upon the attorney whose name and address is shown below.

2. Unless you respond, your default will be entered upon application of the Plaintiff(s) and failure to so respond will result in a judgment of default against you for the relief demanded in the Complaint, which could result in the taking of money or property or other relief requested in the Complaint.

3. If you intend to seek the advice of an attorney in this matter, you should do so promptly so that your response may be filed on time.

///

///

///

///

4. The State of Nevada, its political subdivisions, agencies, officers, employees, board members, commission members and legislators each have 45 days after service of this Summons within which to file an Answer or other responsive pleading to the Complaint.

Submitted by:
**CAP & KUDLER**

DONALD C. KUDLER, ESQ.
Nevada Bar No. 005041
3202 West Charleston Blvd.
Las Vegas, Nevada 89101
Attorney for Plaintiff

**STEVEN D. GRIERSON**
**CLERK OF COURT**

By: _______________ 2/16/2022
**DEPUTY CLERK** **DATE**

Regional Justice Center
200 Lewis Avenue
Las Vegas, Nevada 89155

Demond Palmer

CAP & KUDLER
3202 W. CHARLESTON BLVD.
LAS VEGAS, NEVADA 89102
PHONE: (702) 878-8778
FACSIMILE: (702) 878-9350
HTTP://WWW.CAPANDKUDLER.COM
Personal Injury Experts

Electronically Filed
2/15/2022 9:56 AM
Steven D. Grierson
CLERK OF THE COURT

COMP
CAP & KUDLER
Donald C. Kudler, Esq.
Nevada Bar No. 005041
3202 W. Charleston Blvd.
Las Vegas, NV 89102
(702) 878-8778
(702) 878-9350 - Fax
Attorney for Plaintiff

CASE NO: A-22-848304-C
Department 4

DISTRICT COURT

CLARK COUNTY, NEVADA

TRACI BARKER, an individual;

Plaintiff,

vs.

99 CENTS ONLY STORES LLC dba 99 Cents Only Store #333, a Foreign Limited-Liability Company; DOES 1 through XXX; ROE CORPORATIONS I through XXX, inclusive,

Defendant.

CASE NO.:

DEPT. NO.:

CAP & KUDLER
3202 W. CHARLESTON BLVD.
LAS VEGAS, NEVADA 89102
PHONE: (702) 878-8778
FACSIMILE: (702) 878-9350
HTTP://WWW.CAPANDKUDLER.COM
Personal Injury Experts

## COMPLAINT

Plaintiff, TRACI BARKER, by and through her attorney, DONALD C. KUDLER, ESQ., of the Law Offices of CAP & KUDLER, for his cause of action against the Defendants, and each of them, alleges as follows:

## CAUSE OF ACTION

1. At all times herein mentioned, Plaintiff, TRACI BARKER, was a resident of Las Vegas, State of Nevada.

2. At all times mentioned herein, Defendant, 99 CENTS ONLY STORES LLC dba 99 Cents Only Store #333, is a Foreign Liberty-Liability Company, duly authorized and qualified to conduct business in the State of Nevada.

3. That at all time mentioned herein, Defendants, ROE CORPORATIONS I through XXX, were corporations fully licensed to do business in the State of Nevada or other Jurisdictions.

4. The true names and capacities of the Defendants designated herein as DOE or ROE CORPORATIONS are presently unknown to Plaintiff at this time who, therefore, sues said Defendants by such fictitious names and when their true names and capacities are ascertained, Plaintiff will amend her Complaint accordingly to insert same herein.

5. The true names and capacities of the Defendants designated herein as ROE CORPORATIONS I through XXX are presently unknown to Plaintiff at this time who, therefore, sue said Defendants by such fictitious names and when their true names and capacities are ascertained, Plaintiff will amend her Complaint accordingly to insert same herein.

6. At all time mentioned herein, Defendants, 99 CENTS ONLY STORES LLC and ROE CORPORATIONS I through V, and each of them were in possession, owners occupiers and/or in control of 99 Cents Only Store #333 located at 3141 N. Rancho Drive, in Las Vegas, Clark County, Nevada at the time of the subject accident of March 31, 2020.

7. At all time relevant herein, Defendants, ROE CORPORATIONS VI through X (hereinafter collectively referred to as "OPERATORS") and each of them were Corporations responsible for operating 99 Cents Only Store #333, at the time of the subject accident.

8. At all time relevant herein, Defendants, ROE CORPORATIONS XI through XV (hereinafter collectively referred to as "INSTALLERS") were responsible for the installation of 99 Cents Only Store #333, at the time of the subject accident.

9. At all time relevant herein, Defendants, ROE CORPORATIONS XVI through XX (hereinafter collectively referred to as "DESIGNERS") were the designers of 99 Cents Only Store #333, at the time of the subject accident.

10. At all time relevant herein, Defendants ROE CORPORATIONS XXI through XXV (hereinafter collectively referred to as "MANUFACTURES") were the manufacturers of 99 Cents Only Store #333, at the time of the subject accident.

11. At all time relevant herein, Defendants ROE CORPORATIONS XXVI through XXX (hereinafter collectively referred to as "MAINTAINERS") were responsible for upkeep, care and maintenance of 99 Cents Only Store #333, at the time of the subject accident.

12. At all times mentioned herein, Defendants, and each of them, were in the

CAP & KUDLER
3202 W. CHARLESTON BLVD.
LAS VEGAS, NEVADA 89102
PHONE: (702) 878-8778
FACSIMILE: (702) 878-0350
HTTP://WWW.CAPANDKUDLER.COM

possession and control of certain real property and premises located at 3141 N. Rancho Drive, in Las Vegas, Clark County, Nevada, said premises commonly known as 99 Cents Only Store #333.

13. That on or about the 31st day of March, 2020 the Plaintiff was upon said real property and premises, as hereinabove referred to, at the invitation of and for business benefit to the Defendants, and each of them.

14. At said time and place, the Defendants, and each of them, negligently maintained and controlled said real property and premises and, further, negligently permitted a dangerous condition, not obvious or apparent to the Plaintiff, to exist thereon and further, did:

a. negligently design, manufacture, maintain or install 99 Cents Only Store #333.

b. negligently cause a dangerous condition to exist to wit: liquid substance on the floor causing Plaintiff to slip and fall;

c. negligently allow said dangerous condition to remain in existence, as aforesaid, for an unreasonable length of time;

d. negligently failed to warn the Plaintiff of the presence of said dangerous condition and,

e. negligently allow the liquid substance on the floor in the aisle traveled by the Plaintiff and other business invitees of the Defendants, and each of them, to be in a condition dangerous and unfit for use in that the Defendant permitted the dangerous condition to exist on the floor of the said premises, and, further, negligently failed to reasonably warn or guard the Plaintiff in regard thereto.

15. As a proximate result of the aforesaid negligence of the Defendants, and each of them, Plaintiff, TRACI BARKER, did slip and fall on the said dangerous condition on the premises of the Defendants, and each of them, thereby causing the Plaintiff to hit and strike her left shoulder, left arm, left wrist, numbness in left arm, hip, neck, back and thereby sustaining the injuries and damages as hereinafter set forth.

16. Prior to the fall of the Plaintiff, the dangerous condition of said premises was known by, or should have been known by, the Defendants, and each of them, in the exercise of reasonable care.

CAP & KUDLER
3202 W. CHARLESTON BLVD.
LAS VEGAS, NEVADA 89102
PHONE: (702) 878-8778
FACSIMILE: (702) 878-9350
HTTP://WWW.CAPANDKUDLER.COM
Personal Injury Experts

CAP & KUDLER
3202 W. CHARLESTON BLVD.
LAS VEGAS, NEVADA 89102
PHONE: (702) 878-8778
FACSIMILE: (702) 878-0350
HTTP://WWW.CAPANDKUDLER.COM

**DAMAGES**

17. That by reason of the premises and as a direct and proximate result thereof, Plaintiff, TRACI BARKER, sustained injuries to her left wrist, left arm, left shoulder, hip, neck, back, bodily limbs, organs and systems all or some of which conditions may be permanent and disabling in nature, all to her general damage in a sum in excess of $15,000.00.

18. That by reason of the premises and as a direct and proximate result of the aforementioned negligence of the Defendants, and each of them, Plaintiff, TRACI BARKER, was required to and did receive medical and other treatment for her injuries received in an expense all to her damage in a sum in excess of $15,000.00. That said services, care and treatment are continuing and shall continue in the future, all to her damage in a presently unascertainable amount, and Plaintiff will amend her Complaint accordingly when same shall be ascertained.

19. That prior to the injuries complained of herein, Plaintiff, TRACI BARKER, was an able-bodied person readily and gainfully employed and physically capable of engaging in all other activities for which she was otherwise suited.

20. That by reason of the premises and as a direct and proximate result thereof, Plaintiff, TRACI BARKER, has been required to and did lose time from her employment, continues to, and shall continue to be limited in her activities and occupations which has caused and shall continue to cause the Plaintiff a loss of earnings and earning capacity, to her damage in a presently unascertainable amount, in this regard, Plaintiff asks leave of this Court to insert said amount when the same shall be fully ascertained.

21. As a direct and proximate result of the negligence of Defendants, Plaintiff, TRACI BARKER, incurred medical and related expenses, all to the damage of Plaintiff in an amount in excess of $15,000.00.

22. As a further direct and proximate result of the negligence of Defendants, Plaintiff, TRACI BARKER, has suffered and will suffer disabilities, disfigurement, pain and suffering, future surgical procedures, and loss of enjoyment of life, all to the damage of Plaintiff in the amount in excess of $15,000.00.

23. As a further direct and proximate result of the negligence of Defendants, Plaintiff, TRACI BARKER, incurred, and will continue to incur, attorney's fees and court costs in an amount to be proven at trial.

WHEREFORE, Plaintiff TRACI BARKER, expressly reserving her right to amend her Complaint prior to or at the time of trial of this action to insert those items of damage not yet fully ascertainable, prays judgment as follows:

1. For general damages sustained by Plaintiff, TRACI BARKER, in an amount in excess of $15,000.00;
2. For costs of medical care and treatment and other expenses incurred thereto when same are fully ascertained.
3. For lost wages incurred when same have been fully ascertained;
4. For costs of suit incurred herein; and
5. For such other and further relief as the Court may deem just and proper in the premises.

Dated this 15th day of February, 2022.

CAP & KUDLER

Donald C. Kudler, Esq.
Nevada Bar No. 005041
3202 W. Charleston Blvd.
Las Vegas, NV 89102
Attorney for Plaintiff

CAP & KUDLER
3202 W. CHARLESTON BLVD.
LAS VEGAS, NEVADA 89102
PHONE: (702) 878-8778
FACSIMILE: (702) 878-9350
HTTP://WWW.CAPANDKUDLER.COM
Personal Injury Experts

Electronically Filed
3/1/2022 2:05 PM
Steven D. Grierson
CLERK OF THE COURT

ANS
**LEW BRANDON, JR., ESQ.**
Nevada Bar No. 5880
**JEFFREY J. ORR, ESQ.**
Nevada Bar No. 7854
**HOMERO GONZALEZ, ESQ.**
Nevada Bar No. 15231
**BRANDON | SMERBER LAW FIRM**
139 E. Warm Springs Road
Las Vegas, Nevada 89119
(702) 380-0007
(702) 380-2964 – *facsimile*
*l.brandon@bsnv.law*
*j.orr@bsnv.law*
*h.gonzalez@bsnv.law*
*Attorneys for Defendant,*
*99 CENTS ONLY STORES LLC dba*
*99 Cents Only Store #333*

BRANDON | SMERBER LAW FIRM
139 E. WARM SPRINGS RD.
LAS VEGAS, NEVADA 89119
T. 702.380.0007 | F. 702.380.2964

**DISTRICT COURT**

**CLARK COUNTY, NEVADA**

TRACI BARKER, an individual,

Plaintiff,

vs.

99 CENTS ONLY STORES LLC dba 99 Cents Only Store #333, a Foreign Limited-Liability Company; DOES I through XXX; ROE CORPORATIONS I through XXX, inclusive,

Defendants.

CASE NO.: A-22-848304-C
DEPT. NO.: 4

**DEFENDANT, 99 CENTS ONLY STORES LLC dba 99 Cents Only Store #333'S ANSWER TO PLAINTIFF'S COMPLAINT**

COMES NOW, Defendant, 99 CENTS ONLY STORES, LLC, by and through its attorneys, LEW BRANDON, JR., ESQ., JEFFREY J. ORR, ESQ., and HOMERO GONZALEZ,

BRANDON | SMERBER LAW FIRM
139 E. WARM SPRINGS RD.
LAS VEGAS, NEVADA 89119
T: 702.380.0007 | F: 702.380.2964

ESQ., of BRANDON | SMERBER LAW FIRM, and hereby answers Plaintiff's Complaint on file herein as follows:

1. Answering Paragraphs 1, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12 and 13 of Plaintiff's Complaint on file herein, Defendant is without sufficient knowledge or information to form a belief as to the truth or falsity of the said allegations and therefore denies same.

2. Answering Paragraph 2 of Plaintiff's Complaint on file herein, Defendant admits the allegations contained therein.

3. Answering Paragraphs 15, 16, 17, 18, 19, 20, 21, 22 and 23 of Plaintiff's Complaint on file herein, Defendant denies the allegations contained therein. Answering Paragraph 14 (subsections a, b, c and e) of Plaintiff's Complaint on file herein, Defendant denies the allegations contained therein. Answering Paragraph 14 (subsection d) of Plaintiff's Complaint on file herein, Defendant is without sufficient knowledge or information to form a belief as to the truth or falsity of the said allegations and therefore denies same.

## AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE

Plaintiff's Complaint fails to state a claim against Defendant upon which relief can be granted.

### SECOND AFFIRMATIVE DEFENSE

Defendant alleges that at the time and place alleged in Plaintiff's Complaint, Plaintiff did not exercise ordinary care, caution or prudence for the protection of herself and any damages complained of by the Plaintiff in her Complaint, were directly or proximately caused or contributed to by the fault, failure to act, carelessness and negligence of Plaintiff.

BRANDON | SMERBER
LAW FIRM
139 E. WARM SPRINGS RD.
LAS VEGAS, NEVADA 89119
T. 702.380.0007 | F. 702.380.2964

**THIRD AFFIRMATIVE DEFENSE**

Defendant alleges that the Plaintiff assumed whatever risk or hazard existed at the time of this incident, if any there were, and was therefore responsible for the alleged damage suffered and further that the Plaintiff was guilty of negligence of her own acts which caused or contributed to by the fault, failure to act, carelessness or negligence of Plaintiff.

**FOURTH AFFIRMATIVE DEFENSE**

All the risks and dangers involved in the factual situation described in Plaintiff's Complaint, if any there were, were open, obvious and known to the Plaintiff and by reason thereof, Plaintiff assumed the risks and dangers inherent thereto.

**FIFTH AFFIRMATIVE DEFENSE**

Defendant alleges that the negligence of the Plaintiff exceeded that of the Defendant, and that the Plaintiff is thereby barred from recovery.

**SIXTH AFFIRMATIVE DEFENSE**

Pursuant to NRCP 11, as amended: All possible affirmative defenses may not have been alleged herein insofar as sufficient facts were not available after reasonable inquiry upon the filing of Defendant's Answer, and therefore, Defendant reserves the right to amend this Answer to allege additional affirmative defenses if subsequent investigation warrants.

**SEVENTH AFFIRMATIVE DEFENSE**

The damages sustained by Plaintiff, if any, were caused by the acts of third persons who were not agents, servants or employees of this answering Defendant and who were not acting on behalf of this answering Defendant in any manner or form and as such, this Defendant is not liable in any matter to the Plaintiff.

BRANDON | SMERBER
LAW FIRM
139 E. WARM SPRINGS RD.
LAS VEGAS, NEVADA 89119
T. 702.380.0007 | F. 702.380.2964

**EIGHTH AFFIRMATIVE DEFENSE**

Defendant at all times relevant to the allegations contained in Plaintiff's Complaint, acted with due care and circumspection in the performance of any and all duties imposed on it.

**NINTH AFFIRMATIVE DEFENSE**

That it has been necessary of the Defendant to employ the services of an attorney to defend the action and a reasonable sum should be allowed Defendant for attorney's fees, together with costs of suit incurred herein.

**TENTH AFFIRMATIVE DEFENSE**

Plaintiff has failed to mitigate her alleged damages, and, to the extent of such failure to mitigate any damages awarded to Plaintiff, should be reduced accordingly.

**ELEVENTH AFFIRMATIVE DEFENSE**

Plaintiff's claims are barred by applicable statutes of limitations.

**TWELFTH AFFIRMATIVE DEFENSE**

Defendant objects as to authentication, foundation and genuineness of all of Plaintiff's medical providers and documents listed or presented by Plaintiff.

WHEREFORE, Defendant, 99 CENTS ONLY STORES LLC dba 99 Cents Only Store #333, prays as follows:

1. That Plaintiff take nothing by way of her Complaint on file herein;
2. For reasonable attorney's fees and costs of suit incurred herein;

///

///

///

///

BRANDON | SMERBER
LAW FIRM
139 E. WARM SPRINGS RD.
LAS VEGAS, NEVADA 89119
T. 702.380.0007 | F. 702.380.2964

3. For such other and further relief as the Court may deem just and proper in the premises.

DATED this 1st day of March, 2022.

**BRANDON | SMERBER LAW FIRM**

*/s/ Lew Brandon, Jr., Esq.*
**LEW BRANDON, JR., ESQ.**
Nevada Bar No. 5880
**JEFFREY J. ORR, ESQ.**
Nevada Bar No. 7854
**HOMERO GONZALEZ, ESQ.**
Nevada Bar No. 15231
139 E. Warm Springs Road
Las Vegas, Nevada 89119
(702) 384-8424
(702) 384-6568 - *facsimile*
*Attorneys for Defendant,*
*99 CENTS ONLY STORES LLC dba*
*99 Cents Only Store #333*

**CERTIFICATE OF SERVICE**

Pursuant to NRCP 5(b), I hereby certify that on March 1, 2022, I served the foregoing **DEFENDANT 99 CENTS ONLY STORES LLC dba 99 Cents Only Store #333'S ANSWER TO PLAINTIFF'S COMPLAINT** through the Court's ECF electronic filing system, upon the following:

**CAP & KUDLER**
**DONALD C. KUDLER, ESQ.**
Nevada Bar No. 005041
3202 W. Charleston Blvd.
Las Vegas, Nevada 89102
(702) 878-8778
(702) 878-9350 – Fax
*donaldkudler@capandkudler.com*
*Attorneys for Plaintiff,*
*TRACI BARKER*

*/s/ Bonita Alexander*
An Employee of BRANDON | SMERBER LAW FIRM

Electronically Filed
3/1/2022 2:05 PM
Steven D. Grierson
CLERK OF THE COURT

BRANDON | SMERBER
LAW FIRM
139 E. WARM SPRINGS RD.
LAS VEGAS, NEVADA 89119
T. 702.380.0007 | F. 702.380.2964

**IAFD**
**LEW BRANDON, JR., ESQ.**
Nevada Bar No. 5880
**JEFFREY J. ORR, ESQ.**
Nevada Bar No. 7854
**HOMERO GONZALEZ, ESQ.**
Nevada Bar No. 15231
**BRANDON | SMERBER LAW FIRM**
139 E. Warm Springs Road
Las Vegas, Nevada 89119
(702) 380-0007
(702) 380-2964 – *facsimile*
*l.brandon@bsnv.law*
*j.orr@bsnv.law*
*h.gonzalez@bsnv.law*
*Attorneys for Defendant,*
*99 CENTS ONLY STORES LLC dba*
*99 Cents Only Store #333*

**DISTRICT COURT**

**CLARK COUNTY, NEVADA**

TRACI BARKER, an individual,

Plaintiff,

vs.

99 CENTS ONLY STORES LLC dba 99 Cents Only Store #333, a Foreign Limited-Liability Company; DOES I through XXX; ROE CORPORATIONS I through XXX, inclusive,

Defendants.

CASE NO.: A-22-848304-C
DEPT. NO.: 4

**INITIAL APPEARANCE FEE DISCLOSURE**
**(NRS CHAPTER 19)**

Pursuant to NRS Chapter 19, as amended by Senate Bill 106, filing fees are submitted for parties appearing in the above-entitled action as indicated below:

Defendant, 99 CENTS ONLY STORES LLC dba
99 Cents Only Store #333.................................................... $223.00

BRANDON | SMERBER LAW FIRM
139 E. WARM SPRINGS RD.
LAS VEGAS, NEVADA 89119
T. 702.380.0007 | F. 702.380.2964

**TOTAL REMITTED. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $223.00**

DATED this 1st day of March, 2022.

**BRANDON | SMERBER LAW FIRM**

*/s/ Lew Brandon, Jr., Esq.*
**LEW BRANDON, JR., ESQ.**
Nevada Bar No. 5880
**JEFFREY J. ORR, ESQ.**
Nevada Bar No. 7854
**HOMERO GONZALEZ, ESQ.**
Nevada Bar No. 15231
139 East Warm Springs Road
Las Vegas, Nevada 89119
*Attorneys for Defendant,*
*99 CENTS ONLY STORES LLC dba*
*99 Cents Only Store #333*

## CERTIFICATE OF SERVICE

Pursuant to Nev. R. Civ. P. 5(b), I certify that on March 1, 2022, I served a true and correct copy of the foregoing **INITIAL APPEARANCE FEE DISCLOSURE (NRS CHAPTER 19)** through the Court's ECF electronic filing system, upon the following:

**CAP & KUDLER**
**DONALD C. KUDLER, ESQ.**
Nevada Bar No. 005041
3202 W. Charleston Blvd.
Las Vegas, Nevada 89102
(702) 878-8778
(702) 878-9350 – Fax
*donaldkudler@capandkudler.com*
*Attorneys for Plaintiff,*
*TRACI BARKER*

*/s/ Bonita Alexander*
An Employee of BRANDON | SMERBER LAW FIRM

Electronically Filed
3/1/2022 2:05 PM
Steven D. Grierson
CLERK OF THE COURT

BRANDON | SMERBER LAW FIRM
139 E. WARM SPRINGS RD.
LAS VEGAS, NEVADA 89119
T. 702.380.0007 | F. 702.380.2964

**DMJT**

**LEW BRANDON, JR., ESQ.**
Nevada Bar No. 5880
**JEFFREY J. ORR, ESQ.**
Nevada Bar No. 7854
**HOMERO GONZALEZ, ESQ.**
Nevada Bar No. 15231
**BRANDON | SMERBER LAW FIRM**
139 E. Warm Springs Road
Las Vegas, Nevada 89119
(702) 380-0007
(702) 380-2964 – *facsimile*
*l.brandon@bsnv.law*
*j.orr@bsnv.law*
*h.gonzalez@bsnv.law*
*Attorneys for Defendant,*
*99 CENTS ONLY STORES LLC dba*
*99 Cents Only Store #333*

**DISTRICT COURT**

**CLARK COUNTY, NEVADA**

| | |
|---|---|
| TRACI BARKER, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>99 CENTS ONLY STORES LLC dba 99 Cents Only Store #333, a Foreign Limited-Liability Company; DOES I through XXX; ROE CORPORATIONS I through XXX, inclusive,<br><br>Defendants. | CASE NO.: A-22-848304-C<br>DEPT. NO.: 4 |

**DEMAND FOR JURY TRIAL**

COMES NOW, Defendant, 99 CENTS ONLY STORES LLC dba 99 Cents Only Store #333, by and through its attorneys of record, LEW BRANDON, JR., ESQ., JEFFREY J. ORR, ESQ., and HOMERO GONZALEZ, ESQ., of the BRANDON | SMERBER LAW FIRM, and

BRANDON | SMERBER LAW FIRM
139 E. WARM SPRINGS RD.
LAS VEGAS, NEVADA 89119
T. 702.380.0007 | F. 702.380.2964

hereby demands a Jury Trial in the above-entitled action.

DATED this 1st day of March, 2022.

**BRANDON | SMERBER LAW FIRM**

*/s/ Lew Brandon, Jr., Esq.*
**LEW BRANDON, JR., ESQ.**
Nevada Bar No. 5880
**JEFFREY J. ORR, ESQ.**
Nevada Bar No. 7854
**HOMERO GONZALEZ, ESQ.**
Nevada Bar No. 15231
139 East Warm Springs Road
Las Vegas, Nevada 89119
*Attorneys for Defendant,*
*99 CENTS ONLY STORES LLC dba*
*99 Cents Only Store #333*

**CERTIFICATE OF SERVICE**

Pursuant to Nev. R. Civ. P. 5(b), I certify that on March 1, 2022, I served a true and correct copy of the foregoing **DEMAND FOR JURY TRIAL** through the Court's ECF electronic filing system, upon the following:

**CAP & KUDLER**
**DONALD C. KUDLER, ESQ.**
Nevada Bar No. 005041
3202 W. Charleston Blvd.
Las Vegas, Nevada 89102
(702) 878-8778
(702) 878-9350 – Fax
*donaldkudler@capandkudler.com*
*Attorneys for Plaintiff,*
*TRACI BARKER*

*/s/ Bonita Alexander*
An Employee of BRANDON | SMERBER LAW FIRM

Electronically Filed
3/1/2022 2:05 PM
Steven D. Grierson
CLERK OF THE COURT

BRANDON | SMERBER
LAW FIRM
139 E. WARM SPRINGS RD.
LAS VEGAS, NEVADA 89119
T. 702.380.0007 | F. 702.380.2964

**CSRE**

**LEW BRANDON, JR., ESQ.**
Nevada Bar No. 5880
**JEFFREY J. ORR, ESQ.**
Nevada Bar No. 7854
**HOMERO GONZALEZ, ESQ.**
Nevada Bar No. 15231
**BRANDON | SMERBER LAW FIRM**
139 E. Warm Springs Road
Las Vegas, Nevada 89119
(702) 380-0007
(702) 380-2964 – *facsimile*
*l.brandon@bsnv.law*
*j.orr@bsnv.law*
*h.gonzalez@bsnv.law*
*Attorneys for Defendant,*
*99 CENTS ONLY STORES LLC dba*
*99 Cents Only Store #333*

**DISTRICT COURT**

**CLARK COUNTY, NEVADA**

| | |
|---|---|
| TRACI BARKER, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>99 CENTS ONLY STORES LLC dba 99 Cents Only Store #333, a Foreign Limited-Liability Company; DOES I through XXX; ROE CORPORATIONS I through XXX, inclusive,<br><br>Defendants. | CASE NO.: A-22-848304-C<br>DEPT. NO.: 4 |

**CONSENT TO SERVICE BY ELECTRONIC MEANS THROUGH E-FILING PROGRAM**

The undersigned parties hereby consent to service of documents by electronic means through the Court's E-filing program on behalf of the following parties: 99 CENTS ONLY STORES LLC dba 99 Cents Only Store #333.

BRANDON | SMERBER LAW FIRM
139 E. WARM SPRINGS RD.
LAS VEGAS, NEVADA 89119
T. 702.380.0007 | F. 702.380.2964

Documents served by electronic means must be transmitted to the following persons at the e-mail addresses listed: l.brandon@bsnv.law; j.orr@bsnv.law; and h.gonzalez@bsnv.law.

It is my understanding that the attachments may be transmitted to the program in any format and will be converted to a PDF file before service is effected.

The undersigned also acknowledges that this Consent does not require service by electronic means unless the serving party elects to do so.

DATED this 1st day of March, 2022.

**BRANDON | SMERBER LAW FIRM**

*/s/ Lew Brandon, Jr., Esq.*
**LEW BRANDON, JR., ESQ.**
Nevada Bar No. 5880
**JEFFREY J. ORR, ESQ.**
Nevada Bar No. 7854
**HOMERO GONZALEZ, ESQ.**
Nevada Bar No. 15231
139 East Warm Springs Road
Las Vegas, Nevada 89119
*Attorneys for Defendant,*
*99 CENTS ONLY STORES LLC dba*
*99 Cents Only Store #333*

///

///

///

///

///

///

///

///

///

BRANDON | SMERBER LAW FIRM
139 E. WARM SPRINGS RD.
LAS VEGAS, NEVADA 89119
T. 702.380.0007 | F. 702.380.2964

**CERTIFICATE OF SERVICE**

Pursuant to Nev. R. Civ. P. 5(b), I certify that on March 1, 2022, I served a true and correct copy of the foregoing **CONSENT TO SERVICE BY ELECTRONIC MEANS THROUGH E-FILING PROGRAM** through the Court's ECF electronic filing system, upon the following:

**CAP & KUDLER**
**DONALD C. KUDLER, ESQ.**
Nevada Bar No. 005041
3202 W. Charleston Blvd.
Las Vegas, Nevada 89102
(702) 878-8778
(702) 878-9350 – Fax
*donaldkudler@capandkudler.com*
*Attorneys for Plaintiff,*
*TRACI BARKER*

*/s/ Bonita Alexander*
An Employee of BRANDON | SMERBER LAW FIRM

Electronically Filed
3/1/2022 2:05 PM
Steven D. Grierson
CLERK OF THE COURT

BRANDON | SMERBER
LAW FIRM
139 E. WARM SPRINGS RD.
LAS VEGAS, NEVADA 89119
T. 702.380.0007 | F. 702.380.2964

**DSST**

**LEW BRANDON, JR., ESQ.**
Nevada Bar No. 5880
**JEFFREY J. ORR, ESQ.**
Nevada Bar No. 7854
**HOMERO GONZALEZ, ESQ.**
Nevada Bar No. 15231
**BRANDON | SMERBER LAW FIRM**
139 E. Warm Springs Road
Las Vegas, Nevada 89119
(702) 380-0007
(702) 380-2964 – *facsimile*
*l.brandon@bsnv.law*
*j.orr@bsnv.law*
*h.gonzalez@bsnv.law*
*Attorneys for Defendant,*
*99 CENTS ONLY STORES LLC dba*
*99 Cents Only Store #333*

**DISTRICT COURT**

**CLARK COUNTY, NEVADA**

| | |
|---|---|
| TRACI BARKER, an individual,<br><br>Plaintiff,<br>vs.<br><br>99 CENTS ONLY STORES LLC dba 99 Cents Only Store #333, a Foreign Limited-Liability Company; DOES I through XXX; ROE CORPORATIONS I through XXX, inclusive,<br><br>Defendants. | CASE NO.: A-22-848304-C<br>DEPT. NO.: 4 |

**DISCLOSURE STATEMENT PURSUANT TO NRCP 7.1**

The undersigned counsel of record for Defendant, 99 CENTS ONLY STORES LLC, hereby certifies that to their knowledge, Defendant, 99 CENTS ONLY STORES LLC, is a limited liability company with no publicly held company owning ten percent (10%) or more of 99 CENTS ONLY STORES LLC.

139 E. WARM SPRINGS RD.
LAS VEGAS, NEVADA 89119
T. 702.380.0007 | F. 702.380.2964

BRANDON | SMERBER
LAW FIRM

There are no other known interested parties other than those identified.

DATED this 1st day of March, 2022.

**BRANDON | SMERBER LAW FIRM**

*/s/ Lew Brandon, Jr., Esq.*
**LEW BRANDON, JR., ESQ.**
Nevada Bar No. 5880
**JEFFREY J. ORR, ESQ.**
Nevada Bar No. 7854
**HOMERO GONZALEZ, ESQ.**
Nevada Bar No. 15231
139 E. Warm Springs Road
Las Vegas, Nevada 89119
*Attorneys for Defendant,*
*99 CENTS ONLY STORES LLC dba*
*99 Cents Only Store #333*

**CERTIFICATE OF SERVICE**

I hereby certify that on March 1, 2022, I served a copy of the foregoing **DISCLOSURE STATEMENT PURSUANT TO NRCP 7.1** through the Court's ECF electronic filing system, upon the following:

**CAP & KUDLER**
**DONALD C. KUDLER, ESQ.**
Nevada Bar No. 005041
3202 W. Charleston Blvd.
Las Vegas, Nevada 89102
(702) 878-8778
(702) 878-9350 – Fax
*donaldkudler@capandkudler.com*
*Attorneys for Plaintiff,*
*TRACI BARKER*

*/s/ Bonita Alexander*
An Employee of BRANDON | SMERBER LAW FIRM

Electronically Filed
3/1/2022 2:05 PM
Steven D. Grierson
CLERK OF THE COURT

**REQT**
**LEW BRANDON, JR., ESQ.**
Nevada Bar No. 5880
**JEFFREY J. ORR, ESQ.**
Nevada Bar No. 7854
**HOMERO GONZALEZ, ESQ.**
Nevada Bar No. 15231
**BRANDON | SMERBER LAW FIRM**
139 E. Warm Springs Road
Las Vegas, Nevada 89119
(702) 380-0007
(702) 380-2964 – *facsimile*
*l.brandon@bsnv.law*
*j.orr@bsnv.law*
*h.gonzalez@bsnv.law*
*Attorneys for Defendant,*
*99 CENTS ONLY STORES LLC dba*
*99 Cents Only Store #333*

BRANDON | SMERBER
LAW FIRM
139 E. WARM SPRINGS RD.
LAS VEGAS, NEVADA 89119
T. 702.380.0007 | F. 702.380.2964

**DISTRICT COURT**

**CLARK COUNTY, NEVADA**

| | |
|---|---|
| TRACI BARKER, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>99 CENTS ONLY STORES LLC dba 99 Cents Only Store #333, a Foreign Limited-Liability Company; DOES I through XXX; ROE CORPORATIONS I through XXX, inclusive,<br><br>Defendants. | CASE NO.: A-22-848304-C<br>DEPT. NO.: 4 |

**NRCP 16.1(a)(1)(C) REQUEST FOR COMPUTATION OF DAMAGES AND DISCLOSURE OF SUPPORTING DOCUMENTS AND NRCP 16.1(a)(1)(A)(iii) REQUEST FOR MEDICAL PROVIDER IDENTITY**

Pursuant to NRCP 16.1(a)(1)(C), Defendant 99 CENTS ONLY STORES LLC dba 99 Cents Only Store #333, hereby requests that Plaintiff, TRACI BARKER, provide within thirty (30) days of this Request, computation of any and all categories of damages claimed by Plaintiff,

BRANDON | SMERBER
LAW FIRM
139 E. WARM SPRINGS RD.
LAS VEGAS, NEVADA 89119
T. 702.380.0007 | F. 702.380.2964

including making available for inspection and copying as under Rule 34, the documents or other evidentiary matter not privileged or protected from disclosure on which such computation is based, including materials bearing on the nature and extent of injuries suffered.

DATED this 1st day of March, 2022.

**BRANDON | SMERBER LAW FIRM**

*/s/ Lew Brandon, Jr., Esq.*
**LEW BRANDON, JR., ESQ.**
Nevada Bar No. 5880
**JEFFREY J. ORR, ESQ.**
Nevada Bar No. 7854
**HOMERO GONZALEZ, ESQ.**
Nevada Bar No. 15231
139 East Warm Springs Road
Las Vegas, Nevada 89119
*Attorneys for Defendant,*
*99 CENTS ONLY STORES LLC dba*
*99 Cents Only Store #333*

**CERTIFICATE OF SERVICE**

Pursuant to Nev. R. Civ. P. 5(b), I certify that on March 1, 2022, I served a true and correct copy of the foregoing **NRCP 16.1(a)(1)(C) REQUEST FOR COMPUTATION OF DAMAGES AND DISCLOSURE OF SUPPORTING DOCUMENTS AND NRCP 16.1(a)(1)(A)(iii) REQUEST FOR MEDICAL PROVIDER IDENTITY** through the Court's ECF electronic filing system, upon the following:

**CAP & KUDLER**
**DONALD C. KUDLER, ESQ.**
Nevada Bar No. 005041
3202 W. Charleston Blvd.
Las Vegas, Nevada 89102
(702) 878-8778
(702) 878-9350 – Fax
*donaldkudler@capandkudler.com*
*Attorneys for Plaintiff,*
*TRACI BARKER*

*/s/ Bonita Alexander*
An Employee of BRANDON | SMERBER LAW FIRM

Electronically Filed
3/3/2022 4:28 PM
Steven D. Grierson
CLERK OF THE COURT

CAP & KUDLER
3202 W. CHARLESTON BLVD.
LAS VEGAS, NEVADA 89102
PHONE: (702) 878-8778
FACSIMILE: (702) 878-9350
HTTP://WWW.CAPANDKUDLER.COM
Personal Injury Experts

**ABREA**
**CAP & KUDLER**
Donald C. Kudler.
Nevada Bar #005041
3202 W. Charleston Blvd.
Las Vegas, NV 89102
(702) 878-8778
(702) 878-9350 - Fax
Attorney for Plaintiff

DISTRICT COURT

CLARK COUNTY, NEVADA

| | |
|---|---|
| TRACI BARKER, an individual;<br>Plaintiff,<br>vs.<br>99 CENTS ONLY STORES LLC dba 99 Cents Only Store #333, a Foreign Limited-Liability Company; DOES I through XXX; ROE CORPORATIONS I through XXX, inclusive,<br>Defendant. | CASE NO. : A-22-848304-C<br>DEPT. NO.: 4 |

**REQUEST FOR EXEMPTION FROM ARBITRATION**

Plaintiff, TRACI BARKER, hereby requests the above entitled matter be exempted from arbitration pursuant to Nevada Arbitration Rules 3 and 5, as this case:

1. _____ presents a significant issue of public policy;
2. __X__ involves an amount in issue in excess of $50,000, exclusive of interest and costs;
3. _____ presents unusual circumstances which constitute good cause for removal from the program.

A summary of the facts which supports my contention for exemption is as follows:

That on or about the 31st day of March, 2020 the Plaintiff, TRACI BARKER was a patron of 99 Cents Only Stores, LLC. As Ms.

Barker was coming down an aisle when she slipped and fell from a liquid substance on the floor.

Plaintiff, TRACI BARKER, was taken by MedicWest Ambulance to University Medical Center. On the date of the incident she was diagnosed with left arm pain, neurapraxia of left upper extremity, closed displaced spiral fracture of shaft of left humerus. On April 16, 2020 Ms. Barker returned to University Medical Center for surgery. Procedure performed: open reduction, internal fixation, left humeral shaft, left radial nerve neurolysis. Preoperative & postoperative diagnosis: comminuted left proximal humeral shaft fracture, radial nerve palsy.

She was seen at Southwest Medical Associates for preoperative clearance. She also suffered nerve Palsy and was unable to use left wrist.

Ms. Barker treated with OptumCare Orthopaedics and Spine. She was diagnosed with unspecified fracture of shaft of humerus, left arm, subsequent encounter for fracture with routine healing; left wrist pain and left radial nerve palsy.

She treated with Las Vegas Neurology Center. She was diagnosed with left wrist drop, radial neuropathy at spinal groove, neck pain, left humerus fracture, patchy paresthesia over left arm, numbness over the dorsum of left hand. She had a nerve conduction study. The findings are consistent with a left radial neuropathy at the spiral groove most likely related to left humerus fracture.

She had physical therapy with ATI Physical Therapy for her left shoulder. She had occupational therapy with ATI

CAP & KUDLER
3202 W. CHARLESTON BLVD.
LAS VEGAS, NEVADA 89102
PHONE: (702) 878-8778
FACSIMILE: (702) 878-9350
HTTP://WWW.CAPANDKUDLER.COM
Personal Injury Experts

Physical Therapy for numbing/tingling in dorsal aspect of FA and hand; wrist drop.

Plaintiff, TRACI BARKER, suffered the following injuries: left humerus fracture, neck pain, left wrist drop, left wrist pain, left shoulder, bodily limbs, organs and systems as a direct result of this incident.

The following is a list of Plaintiff, TRACI BARKER's medical specials to date:

| PROVIDER | TOTAL CHARGES |
|---|---|
| MedicWest Ambulance, Inc. | $1,266.60 |
| University Medical Center | $159,880.95 |
| EMP of Clark UMC (McCourt) | $1,023.32 |
| Desert Radiology | $547.06 |
| Southwest Medical Associates | $940.00 |
| OptumCare Orthopedics & Spine | $6,248.82 |
| Kinex Medical Company, LLC | $1,791.05 |
| ATI Physical Therapy (Physical Therapy) | $6,837.41 |
| ATI Physical Therapy (Occupation Therapy) | $10,975.61 |
| Ronald J. Knoblock, M.D. | $233.40 |
| Pioneer Healthcare, Inc. | $400.01 |
| Las Vegas Neurology Center | $1,585.00 |
| **TOTAL MEDICAL CHARGES** | **$191,729.53** |

Ms. Barker is employed by 7-Eleven as an assistant manager. Due to this incident she missed 120 days from work. His total wage loss is $1,200.00.

In addition to the medical specials, Plaintiff, TRACI BARKER, has suffered, and will continue to suffer disabilities, disfigurement, pain and suffering, future surgical procedures, and loss of enjoyment of life, as a result of this incident. Ms.

CAP & KUDLER
3202 W. CHARLESTON BLVD.
LAS VEGAS, NEVADA 89102
PHONE: (702) 878-8778
FACSIMILE: (702) 878-9350
HTTP://WWW.CAPANDKUDLER.COM
Personal Injury Experts

Barker may receive future medical treatment for his injuries. It is anticipated that the costs of treatment, therapy and medication, will exceed the statutory $50,000 recovery within the mandatory arbitration program.

Therefore, counsel requests this matter be exempted from the program.

I hereby certify pursuant to N.R.C.P. 11 this case to be within the exemption(s) marked above and am aware of the sanctions which may be imposed against any attorney or party who without good cause or justification attempts to remove a case from the arbitration program.

Dated this 3rd day of March, 2022.

CAP & KUDLER

DONALD C. KUDLER, ESQ.
Nevada Bar No.: 005041
3202 W. Charleston Blvd.
Las Vegas, NV 89102
Attorney for Plaintiff

CAP & KUDLER
3202 W. CHARLESTON BLVD.
LAS VEGAS, NEVADA 89102
PHONE: (702) 878-8778
FACSIMILE: (702) 878-9350
HTTP://WWW.CAPANDKUDLER.COM
C&K Personal Injury Experts

**CERTIFICATE OF SERVICE**

I hereby certify that on the 3rd day of March, 2022, pursuant to Administrative Order 14-2, I electronically served a true and correct copy of the foregoing **REQUEST FOR EXEMPTION FROM ARBITRATION**, as follows:

Lew Brandon, Jr., Esq.
l.brandon@bsnv.law
Jeffrey J. Orr, Esq.
j.orr@bsnv.law
Homero Gonzalez, Esq.
h.gonzalez@bsnv.law
Brandon Smerber law Firm
Tel NO. (702) 380-0007
Fax No. (702) 380-2964
Attorneys for Defendant

Elizabeth Carrion
An Employee of Cap & Kudler

CAP & KUDLER
3202 W. CHARLESTON BLVD.
LAS VEGAS, NEVADA 89102
PHONE: (702) 878-8778
FACSIMILE: (702) 878-9350
HTTP://WWW.CAPANDKUDLER.COM
C&K Personal Injury Experts